## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

UNITED STATES, *et al.*

*Plaintiffs-Appellants*,

v.

TIM WALZ, *et al.*,

*Defendants-Appellees*.

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and 8th Cir. R. 27A(a)(2), the United States hereby respectfully moves for a 14-day extension of time in which to file its answering brief and appendix in this appeal, to and including July 10, 2026. Counsel for Appellees has stated that Appellees consent to this motion, and have requested that their answering brief be due August 24, to which Appellant has also consented. In support of the motion, the United States notes the following:

**1.** This case concerns a suit brought by the United States against the State of Minnesota and other state defendants, challenging multiple state statutes as preempted by federal law. The district court granted Defendants' motion to dismiss the United States' complaint and the United States appealed to this Court.

**2.** The United States' opening brief and appendix is currently due June 26, 2026, and the United States has not previously requested an extension of any deadline in this case. Undersigned counsel, Andrew Bernie, is the attorney with principal responsibility for preparing the government's brief in this case. Mr. Bernie has recently been occupied with a number of other pressing matters, including: a response to a motion for a partial stay of appeal in *United States v. Orel Alliance et al.*, No. 26-2124 (8th Cir.), due June 22, 2026; a reply brief in *District of Columbia v. Trump*, No. 25-5418 (D.C. Cir.), due June 18, 2026; an oral argument in *United States v. Texas*, No. 25-10898 (5th Cir.), held June 4, 2026; and an answering brief in *United States v. Oklahoma*, No. 25-7089 (10th Cir.), filed May 27, 2026; as well as an emergency matter that occupied a significant portion of the undersigned's time last week but did not ultimately result in the filing of a brief. Undersigned counsel also has previously scheduled personal travel scheduled for this week, and is moving to a new residence next week.

The attorney with principal supervisory responsibility for this matter, Daniel Tenny, also has responsibility for a number of other ongoing appellate matters, including an answering brief in *Shapiro v. USDA*, No. 26-1014 (3d Cir.) (filed June 8), a reply brief in *CREW v. OMB et al,*, No. 25-5266 (D.C. Cir.) (due June 17), a reply brief in *Soto-Jimenez v. Isihara*, No. 26-1327 (8th Cir.) (due June 17), a reply brief in *EK et al v. DoD Educ Activity et al*, No. 25-2497 (4th Cir.) (due June 26), a

reply brief in *Rhode Island Latino Arts et al v. Natl Endowment for the Arts et al.*, No. 25-2113 (1st Cir.) (due June 26, 2026), and a reply brief in *U.S. v. State of Illinois et al.*, No. 25-2904 (due June 30, 2026).

**3.** Appellees' counsel has indicated that Appellees consent to this motion. Appellees' counsel further stated that an answering brief due 30 days from July 10 would conflict with their previously scheduled travel plans. Appellees thus request that, if this extension is granted, the deadline for Appellees' answering brief be extended to August 24, a request to which Appellant also consents.

**4.** The United States thus respectfully requests that this Court extend the deadline for the United States' opening brief and appendix, to and including July 10, and extend the deadline for Appellees' answering brief, to and including August 24.

Respectfully submitted,

DANIEL TENNY

*/s/ Andrew M. Bernie*
 ANDREW M. BERNIE
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3511*

andrew.bernie@usdoj.gov

JUNE 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 549 words, according to the count of Microsoft Word.

*/s/ Andrew M. Bernie*
ANDREW M. BERNIE

## CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2026, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

*/s/Andrew M. Bernie*
ANDREW M. BERNIE